THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Greif International Holding B.V.

v.

Mauser USA, LLC, et al.

Case No. 2:16-cv-01198
Judge: James L. Graham
Corporate Disclosure Statement

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Mauser USA, LLC and National Container Group, LLC.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

   ___ YES    ✓ NO

   If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
   _____
   _____

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

   ___ YES    ✓ NO

   If the answer is YES, list the identity of such corporation and the nature of the financial interest.
   _____
   _____
   _____

/s/ Joseph F. Murray                02/27/2017
Signature of Counsel                Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2017, the foregoing was filed using the CM/ECF system, which will automatically provide notice to the following by electronic means:

Thomas H. Shunk
Baker & Hostetler LLP
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
tshunk@bakerlaw.com
*Counsel for Plaintiff*

/s/ **Joseph F. Murray**
Joseph F. Murray